Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
9555 S. Eastern Avenue, Suite 220A
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID PEREZ, an individual;<br><br>Plaintiff,<br><br>v.<br><br>REAL TIME RESOLUTIONS, INC., a foreign corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; EQUIFAX, INC., a foreign corporation;<br><br>Defendant. | Case No.:  2:16-cv-00700-JAD-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT EQUIFAX, INC. WITH PREJUDICE** |

Plaintiff, David Perez, and Defendant, Equifax, Inc. ("Equifax") (collectively referred to as "Parties") have executed a settlement agreement which fully and finally resolves all claims, disputes, and differences between the Parties;

///

///

///

///

///

///

///

///

///

///

Therefore, the Parties, by and through their respective attorneys of record, and subject to the court's approval, respectfully request dismissal of the above-captioned matter with prejudice as to Equifax, with each party bearing their own attorneys' fees and costs incurred in this matter. Respectfully Submitted.

Dated: August 15, 2016

**LAW OFFICE OF KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
9555 S. Eastern Avenue, Suite 220A
Las Vegas, Nevada 89123
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: August 15, 2016

**SNELL & WILMER, L.L.P.**

*/s/ Bradley T. Austin*            .
Bradley T. Austin, Esq.
Nevada Bar No. 13064
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, Nevada 89169
baustin@swlaw.com
*Attorneys for Defendant Equifax, Inc.*

Dated: August 15, 2016

**MAUPIN NAYLOR BRASTER**

*/s/ Jennifer Braster*
Jennifer Braster, Esq.
Nevada Bar No. 9982
1050 Indigo Drive, Suite 112
Las Vegas, Nevada 89145
jbraster@naylorandbrasterlaw.com
*Attorneys for Defendant Experian Information Solutions, Inc.*

### ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX, INC.

Pursuant to the stipulation of the Parties, Equifax is dismissed from this action with prejudice. Plaintiff and Equifax will each bear their own attorneys' fees and costs incurred in this matter.

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE
DATED: August 15, 2016