**DICKINSON WRIGHT, PLLC**
Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
Email: calexander@dickinson-wright.com
Taylor Anello, Esq.
Nevada Bar No. 12881
Email: tannello@dickinson-wright.com
8363 W. Sunset Road, #200
Las Vegas, NV 89113
Telephone: (702) 550-4400
Facsimile: (702) 382-1661
*Attorneys for Defendant Real Time Resolutions, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID J. PEREZ, an individual;<br><br>Plaintiff,<br><br>v.<br><br>REAL TIME RESOLUTIONS, INC., a foreign corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; EQUIFAX, INC., a foreign corporation;<br><br>Defendants. | Case No.: 2:16-cv-00700-JAD-PAL<br><br>EX PARTE MOTION FOR REMOVAL FROM THE CM/ECF SYSTEM SERVICE LIST |

COMES NOW, Cynthia L. Alexander, Esq. and Taylor Anello, Esq. attorneys for Real Time Resolutions, Inc. ("RTR"), and files this Ex Parte Motion for Removal from the CM/ECF System List (the "Motion") in the above-entitled matter.

The basis of this Motion is that RTR is no longer listed as a party to this action in the Plaintiff's Complaint and is therefore no longer a Defendant or party herein.

/ / /

/ / /

1

Therefore, it is no longer necessary for Cynthia L. Alexander, Esq., or Taylor Anello, Esq. to receive further CM/ECF notices, and it is respectfully requested that Cynthia L. Alexander, Esq., and Taylor Anello, Esq. be removed from the CM/ECF service list.

Dated this 29th day of August, 2016.

DICKINSON WRIGHT, PLLC

_____
Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
Taylor Anello
Nevada Bar No. 12881
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
Fax; (702) 382-1661
*Attorneys for Defendant Real Time Resolutions, Inc.*

IT IS SO ORDERED this 1st day of September, 2016.

_____
Peggy A. Leen
United States Magistrate Judge

2

## CERTIFICATE OF MAILING

I hereby certify that on the **29** day of August 2016, I caused a true and correct copy of the foregoing EX PARTE MOTION FOR REMOVAL FROM THE CM/ECF SYSTEM SERVICE LIST to be served by the Court's electronic filing system as well as by depositing the same in the U.S. Mail, first class postage prepaid, to the following parties:

Kevin L. Hernandez, Esq.
LAW OFFICE OF KEVIN L HERNANDEZ
2879 St. Rose Parkway, Suite 130A
Henderson, Nevada 89052
*Attorney for Plaintiff*

Jennifer L Braster
Maupin Naylor Braster
1050 Indigo Drive, Suite 112
Las Vegas, NV 89145
Email: jbraster@naylorandbrasterlaw.com
*Attorneys for Experian Information Solutions, Inc.*

/s/ Angelica Jimenez
An employee of Dickinson Wright