Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
9555 S. Eastern Avenue, Suite 220A
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID J. PEREZ an individual;<br><br>Plaintiff,<br><br>v.<br><br>REAL TIME RESOLUTIONS, INC., a foreign corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; EQUIFAX, INC., a foreign corporation;<br><br>Defendants. | Case No.:  2:16-cv-00700-JAD-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE**<br><br>ECF NO. 22 |

Plaintiff, David J. Perez, and Defendant, Experian Information Solutions, Inc. ("Experian") (collectively referred to as "Parties") have resolved all claims, disputes, and differences between the Parties in the above-referenced matter;

///

///

///

///

///

///

///

///

Therefore, the Parties, by and through their respective attorneys of record, and subject to the court's approval, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a)(1)(A)(ii) as to Experian, with each party bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: November 28, 2016

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
9555 S. Eastern Avenue, Suite 220A
Las Vegas, Nevada 89123
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: November 28, 2016

**MAUPIN • NAYLOR • BRASTER**

*/s/ Jennifer L. Braster*
Jennifer L. Braster, Esq.
Nevada Bar No. 9982
1050 Indigo Drive, Suite 112
Las Vegas, Nevada 89145
jbraster@naylorandbrasterlaw.com
*Attorneys for Defendant Experian Information Solutions, Inc.*

### ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE

Based on the parties' stipulation [ECF No. 22], all claims against Experian are DISMISSED with prejudice, each party to bear its own fees and costs. And because all other claims in this case have been dismissed, there are no claims remaining in this case, and the Clerk of Court is directed to CLOSE THIS CASE.

_____
Jennifer Dorsey
U.S. District Judge
November 28, 2016